NATHAN MAGIDA, Appellant, *v.* UNITED STATES FIDELITY & GUARANTY COMPANY et al., Respondents, et al., Defendants.

UNITED STATES FIDELITY & GUARANTY COMPANY, Plaintiff, *v.* CONCOURSE ENTERPRISES, INC., et al., Defendants.

Argued January 8, 1945; decided March 1, 1945.

*Frederick E. Crane* and *Alvin C. Cass* for plaintiff-appellant.
*John E. F. Wood* and *Herbet N. Monkemeyer* for respondents.

Judgment affirmed, without costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ.